THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Erika N. Kavicky, State Bar No. 225052
erikakavicky@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiffs DANIEL DIPAOLA
and RACHEL DIPAOLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIPAOLA and RACHEL DIPAOLA, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, <br> _____ | Case No. CV 11-06818 SS <br><br> [Complaint Filed:  August 18, 2011] <br><br> [~~PROPOSED~~] ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: November 14, 2012      _____/s/_____
                                                            Honorable Suzanne H. Segal